UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

NATIONAL ASSOCIATION FOR GUN RIGHTS,

        Plaintiffs,

    v.

DEPARTMENT OF STATE,

        Defendant.

Civil Action No. 25-2449 (CRC)

    Plaintiff National Association for Gun Rights and Defendant, U.S. Department of State ("Department"), by and through the undersigned counsel, respectfully submit this joint status report in response to the Court's September 2, 2025, Minute Order.

    1.    The Department has completed an initial search of the eRecords Archive, which is the Department's central repository for storing all electronic mails messages sent and received on the state.gov network since January 1, 2017.  This search was conducted using the terms and custodian plaintiff identified the requests. This search resulted in a voluminous amount of potentially responsive records (after excluding press clippings and de-duplication). Due to the volume and nature of records located as a result of the initial search, the Department has proposed suggestions for Plaintiff's consideration that will aid in identifying and processing responsive records more efficiently.  Plaintiff is still considering the Department's suggestions.

    2.    The parties propose that the parties file a further status report on October 30, 2025, updating the status of the Department's processing.  A proposed order is attached.

Dated: September 16, 2025
       Washington, DC

- 2 -

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Fithawi Berhane*
    FITHAWI BERHANE,
    Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-6653
    Fithawi.Berhane@usdoj.gov

*Attorneys for the United States of America*

    Jacob William Roth
    Dhillon Law Group, Inc.
    1601 Forum Place, Suite 403
    West Palm Beach, FL 33428
    jroth@dhillonlaw.com
    561.227.4959

    *Attorney for Plaintiff*